IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHERMAN SOLOMON,

       Petitioner,

v.

MS. GENA KADY, MR. BILL
BOSCO, and KEEFE
COMMISSARY NETWORK,
L.L.C.,

       Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2319

Opinion filed August 5, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Sherman Solomon, pro se, Petitioner.

No appearance for Respondents.

PER CURIAM.

      The petition for mandamus is denied. See Moore v. Correctional Medical Services, 817 So. 2d 963, 964 (Fla. 1st DCA 2002).

LEWIS, C.J., BENTON and MARSTILLER, JJ., CONCUR.